IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JEREMY KARG, MATTHEW R. LAMARCHE, AND SHIRLEY RHODES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSAMERICA CORPORATION; THE INVESTMENT COMMITTEE OF THE TRANSAMERICA 401(K) PLAN; and DOES 1-40<br><br>Defendants. | CASE NO. 1:18-cv-00134-CJW-KEM<br><br>MOTION TO APPEAR PRO HAC VICE |

David Hahn Tracey, Esq., a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiffs Jeremy Karg, Matthew R. LaMarche, and Shirley Rhodes. David Hahn Tracey, Esq. states that he is a member in good standing of the bar of the State of New York and New Jersey, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

David Hahn Tracey, Esq., further states that he will comply with the associate counsel requirements of LR 83(d)(4) by associating with J. Barton Goplerud, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance on behalf of Plaintiffs Jeremy Karg, Matthew R. LaMarche, and Shirley

Rhodes on December 28, 2018.

*The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.*

                                      s/ J. Barton Goplerud
                                      J. Barton Goplerud (Iowa Bar # AT0002983)
                                      Shindler, Anderson, Goplerud & Weese, PC
                                      5015 Grand Ridge Drive, Suite 100
                                      West Des Moines, Iowa 50265
                                      Telephone: (515) 223-4567
                                      Facsimile: (515) 223-8887
                                      goplerud@sagwlaw.com