IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JEREMY KARG, MATTHEW R. LAMARCHE, AND SHIRLEY RHODES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSAMERICA CORPORATION; THE INVESTMENT COMMITTEE OF THE TRANSAMERICA 401(K) PLAN; and DOES 1-40<br><br>Defendants. | CASE NO. 1:18-cv-00134-CJW-KEM<br><br>MOTION TO APPEAR<br>PRO HAC VICE |

Alexandra Dianne Harwin, Esq., a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiffs Jeremy Karg, Matthew R. LaMarche, and Shirley Rhodes. Alexandra Dianne Harwin, Esq. states that she is a member in good standing of the bar of the State of New York, New Jersey, Maryland, and the District of Columbia, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Alexandra Dianne Harwin**,** Esq. further states that she will comply with the associate counsel requirements of LR 83(d)(4) by associating with J. Barton Goplerud, an

attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance on behalf of Plaintiffs Jeremy Karg, Matthew R. LaMarche, and Shirley Rhodes on December 28, 2018.

*The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.*

s/ J. Barton Goplerud
J. Barton Goplerud (Iowa Bar # AT0002983)
Shindler, Anderson, Goplerud & Weese, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
goplerud@sagwlaw.com
