# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| JEREMY KARG, et al., | |
| Plaintiffs, | No. 18-CV-0134-CJW-KEM |
| vs. | **ORDER** |
| TRANSAMERICA CORPORATION, et al., | |
| Defendants. | |

_____

The parties jointly seek to extend scheduling order deadlines in this case (Doc. 80). The court finds the reasons stated in the motion provide good cause to extend the deadlines as requested.

IT IS ORDERED the Joint Motion to Extend Scheduling Order Deadlines (Doc. 80) is **granted**. The following deadlines are extended:

| | |
|---|---|
| Completion of expert discovery | 03/19/2021 |
| Dispositive motions | 04/16/2021 |
| Responses to dispositive motions | 05/14/2021 |
| Replies to dispositive motion responses | 06/11/2021 |

The final pretrial conference, trial date, and related deadlines (Doc. 47) remain unchanged.

**IT IS SO ORDERED** this 11th day of January, 2021.

_____
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa