# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| JEREMY KARG, MATTHEW R. LAMARCHE, CYNTHIA K. MARSHALL, SHIRLEY RHODES, and JEANINE E. VEGA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA CORPORATION; TRUSTEES OF THE AEGON USA, INC. PROFIT SHARING TRUST; and DOES 1–40;<br><br>Defendants. | Case No. 1:18-cv-00134-CJW-KEM<br><br>**UNRESISTED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><br>Judge: Hon. C.J. Williams<br>Magistrate: Hon. Kelly Mahoney |

## PLAINTIFFS' UNRESISTED MOTION[1] FOR ENTRY OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Jeremy Karg, Matthew R. Lamarche, Cynthia K. Marshall, Shirley Rhodes, and Jeanine E. Vega ("Plaintiffs"), now move the Court to enter an order preliminarily approving the Class Action Settlement reached by the Parties to resolve the class claims.

In support of this motion, Plaintiffs rely upon the accompanying Memorandum of Law in Support of Plaintiffs' Unresisted Motion for Entry of Preliminary Approval Order; the Declarations of counsel Charles Field and Plaintiffs in Support of Plaintiffs' Unresisted Motion

---

[1] This motion is unresisted by Defendants in all respects except for (1) Class Counsel's estimated value of the Non-Monetary Relief provided for in the Settlement and (2) the total fees, expenses, and incentive awards Class Counsel intends to seek in its Fee and Expense Application, both of which are detailed in the accompanying Memorandum of Law in support of this Motion. As noted in the parties' Settlement Agreement, Defendants have reserved the right to oppose Class Counsel's Fee and Expense Application.

1

for Preliminary Approval Order; the Class Action Settlement Agreement; and all other records, pleadings, and papers on file in this action.

Plaintiffs respectfully request that the Court enter an order:

1. Granting preliminary approval of the settlement;

2. Enjoining class members from pursuing any claims that arise out of or relate in any way to the claims at issue in this action pending final approval of the settlement;

3. Directing notice to class members and approving the plan and the form of notice;

4. Directing a procedure for any class member to make a comment in support or in opposition to the Settlement Agreement;

5. Appointing Analytics Consulting LLC as Settlement Administrator and Escrow Agent;

6. Scheduling a Fairness Hearing; and

7. Scheduling a Hearing on Class Counsel's application for fees and costs and the payment of service awards.

Dated: June 23, 2021

/s/ J. Barton Goplerud
J. Barton Goplerud (Iowa Bar # AT0002983)
Brandon M. Bohlman (Iowa Bar # AT0011668)
Brian O. Marty (Iowa Bar # AT0011622)
**SHINDLER, ANDERSON, GOPLERUD & WEESE, PC**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
goplerud@sagwlaw.com
bohlman@sagwlaw.com
marty@sagwlaw.com

*Charles H. Field
**SANFORD HEISLER SHARP, LLP**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4252
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

*Kevin Sharp  
**SANFORD HEISLER SHARP, LLP**  
611 Commerce Street, Suite 3100  
Nashville, TN 37203  
Telephone: (615) 434-7000  
Facsimile: (615) 434-7020  
ksharp@sanfordheisler.com  

*Robert Van Someren Greve  
*Shaun Rosenthal  
**SANFORD HEISLER SHARP, LLP**  
700 Pennsylvania Avenue SE, Suite 300  
Washington, DC 20003  
Telephone: (202) 499-5200  
Facsimile: (202) 499-5199  
rvansomerengreve@sanfordheisler.com  
srosenthal@sanfordheisler.com  

**Admitted pro hac vice*