# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| JEREMY KARG, MATTHEW R. LAMARCHE, CYNTHIA K. MARSHALL, SHIRLEY RHODES, and JEANINE E. VEGA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA CORPORATION; TRUSTEES OF THE AEGON USA, INC. PROFIT SHARING TRUST; and DOES 1–40;<br><br>Defendants. | Case No. 1:18-cv-00134-CJW-KEM<br><br>**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS**<br><br><br>Judge: Hon. C.J. Williams<br>Magistrate: Hon. Kelly Mahoney |

Pursuant to Fed. R. Civ. P. 23(h)(1) and 54(d)(2) and the Court's Order dated July 9, 2021 (Doc. 87), Plaintiffs hereby respectfully move the Court to award attorney's fees of $1,950,000, reimbursement of expenses of $452,104.59, and a service award of $15,000 for each of the Class Representatives.

In support of this motion, Plaintiffs rely upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards; and the Declarations of counsel Charles Field and J. Barton Goplerud.

Dated: October 1, 2021

/s/ *J. Barton Goplerud*
J. Barton Goplerud (Iowa Bar # AT0002983)
Brandon M. Bohlman (Iowa Bar # AT0011668)
Brian O. Marty (Iowa Bar # AT0011622)
**SHINDLER, ANDERSON, GOPLERUD & WEESE, PC**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887

goplerud@sagwlaw.com
bohlman@sagwlaw.com
marty@sagwlaw.com

*Charles H. Field
**SANFORD HEISLER SHARP, LLP**
2550 Fifth Avenue, 11th Floor
San Diego, CA 92103
Telephone:   (619) 577-4252
Facsimile:    (619) 577-4250
cfield@sanfordheisler.com

*Kevin Sharp
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone:   (615) 434-7000
Facsimile:    (615) 434-7020
ksharp@sanfordheisler.com

*Shaun Rosenthal
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone:   (202) 499-5200
Facsimile:    (202) 499-5199
srosenthal@sanfordheisler.com

*Admitted pro hac vice*