## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| JEREMY KARG, MATTHEW R. LAMARCHE, CYNTHIA K. MARSHALL, SHIRLEY RHODES, and JEANINE E. VEGA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA CORPORATION; TRUSTEES OF THE AEGON USA, INC. PROFIT SHARING TRUST; and DOES 1–40;<br><br>Defendants. | Case No. 1:18-cv-00134-CJW-KEM<br><br>NOTICE OF PLAINTIFFS' UNRESISTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br><br><br>Judge: Hon. C.J. Williams<br>Magistrate: Hon. Kelly Mahoney |

**PLEASE TAKE NOTICE** that Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Jeremy Karg, Matthew R. Lamarche, Cynthia K. Marshall, Shirley Rhodes and Jeanine E. Vega ("Plaintiffs") now move the Court for an Order granting their Motion for Final Approval of the Class Action Settlement reached by the parties to resolve the claims of Plaintiffs and the Class Members.

In support of this motion, Plaintiffs rely upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval; the Declaration of counsel Charles Field, along with all exhibits thereto; the Declaration of Jeffrey Mitchell on behalf of the Settlement Administrator, Analytics Consulting, LLC, and the exhibits thereto; and all other records, pleadings, and papers on file in this action.

Dated: November 5, 2021               */s/ J. Barton Goplerud*

1

J. Barton Goplerud (Iowa Bar # AT0002983)
Brian O. Marty (Iowa Bar # AT0011622)
**SHINDLER, ANDERSON, GOPLERUD & WEESE, PC**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone:   (515) 223-4567
Facsimile:    (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

*Charles H. Field
**SANFORD HEISLER SHARP, LLP**
2550 Fifth Avenue, 11th Floor
San Diego, CA 92103
Telephone:   (619) 577-4252
Facsimile:    (619) 577-4250
cfield@sanfordheisler.com

*Kevin Sharp
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone:   (615) 434-7000
Facsimile:    (615) 434-7020
ksharp@sanfordheisler.com

*Shaun Rosenthal
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone:   (202) 499-5200
Facsimile:    (202) 499-5199
srosenthal@sanfordheisler.com

*Admitted pro hac vice

2